Opinion issued July 21, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00077-CV

———————————

Diversified
Investments, Inc. and gerald porter, Appellants

V.

alvin
independent school district, Appellee



 



 

On Appeal from the 412th District Court 

Brazoria County, Texas



Trial Court Cause No. 37630

 



MEMORANDUM OPINION

Appellants have filed a motion to dismiss the
appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief
Justice Radack and Justices Sharp and Brown.